[No. 14866–4–I. Division One. November 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WERNER
A. BINGGELI, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 83–1–03662–0, Patricia H. Aitken, J., entered May 9, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.